# Court of Appeals
# of the State of Georgia

ATLANTA, September 08, 2017

*The Court of Appeals hereby passes the following order:*

## A18A0081. IMAN ASANTE SHUMPERT v. BERT BRANTLEY, COMMISSION GEORGIA DEPARTMENT OF DRIVER SERVICES.

Iman Asante Sumpert has filed a notice of appeal from an order of the superior court affirming the order of an administrative agency's decision to revoke his driver's license. The appellee has filed a motion to dismiss, contending that Shumpert was required to follow the discretionary appeal procedures. We agree.

Under OCGA § 5-6-35 (a) (1), a party must follow the discretionary appeal procedures to obtain review of a superior court decision reviewing the decision of an administrative agency. *Prison Health Svcs. v. Dept. of Administrative Svcs.*, 265 Ga. 810, 811 (1) (462 SE2d 601) (1995). Shumpert's failure to follow the proper avenue of appeal deprives this Court of jurisdiction to consider the appeal. Accordingly, the motion to dismiss is GRANTED and this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 09/08/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*